UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWARD D. WAHL,

        Plaintiff,

-against-

ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, AKAL SECURITY, INC., THE UNITED STATES MARSHAL SERVICE,

        Defendants.

11-cv-3785 (JFB)(ETB)

**CORPORATE DISCLOSURE STATEMENT**

Filed Via ECF

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Akal Security, Inc., by its attorneys, Littler Mendelson, P.C., states that it is not a publicly traded corporation, and that no publicly traded company owns 10% or more of its stock, or the stock of its parent company, KIIT.

Date: September 13, 2011
      New York, New York

                                                  Gary D. Shapiro
                                                  LITTLER MENDELSON, P.C.
                                                  900 Third Avenue
                                                  New York, NY  10022
                                                  212.583.9600
                                                  Attorneys for Defendant
                                                  Akal Security, Inc.